IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| Garry D. Hall, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 11-3022-CV-S-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On Thursday, January 19, 2012, the Court heard oral argument on *Plaintiff's Social Security Brief*, filed July 15, 2011 [Doc. 9]; the *Brief For Defendant*, filed September 26, 2011 [Doc. 13]; and *Plaintiff's Reply Brief*, filed September 30, 2011 [Doc 14]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the January 19, 2012 oral argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

　　　　　　　　　　　　　　　　　　　　　　　 */s/ John T. Maughmer*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**